IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN SLAFTER, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 21-CV-01326-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of June 3, 2022 (Doc. 24), this action is **DISMISSED with prejudice**.

DATED:   June 3, 2022

                                    MONICA A. STUMP,
                                    Clerk of Court

                                  By:  s/ *Jackie Muckensturm*
                                             Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                 STEPHEN P. McGLYNN
                 U.S. District Judge